# EXHIBIT 1



# COLLECTIVE BARGAINING AGREEMENT

## between

## FOREST HILL HEALTHCARE CENTER

### And

## SEIU HEALTHCARE 1199 NEW JERSEY, CTW

## APRIL 18, 2008 – JUNE 15, 2011

## Table of Contents

Page

ARTICLE 1 - BARGAINING UNIT .................................................. 1
ARTICLE 2 - PART TIME EMPLOYEES ........................................... 6
ARTICLE 3 - SUMMER REPLACEMENTS ....................................... 6
ARTICLE 4 - UNION SHOP ........................................................... 7
ARTICLE 5 - CHECK OFF ............................................................. 7
ARTICLE 6- COMMITTEE ON POLITICAL EDUCATION ("COPE") .......... 8
ARTICLE 7- NON-DISCRIMINATION ............................................ 10
ARTICLE 8- UNION ACTIVITY AND COMMUNICATIONS ...................... 10
ARTICLE 9- PROBATIONARY PERIOD ........................................ 14
ARTICLE 10- WORK WEEK ......................................................... 14
ARTICLE 11 - OVERTIME .......................................................... 17
ARTICLE 12 - SHIFTS ............................................................... 20
ARTICLE 13 - WAGES ............................................................... 22
ARTICLE 14 - NATIONAL INDUSTRY PENSION FUND ...................... 23
ARTICLE 15 - 1199 BENEFIT FUND ............................................. 25
ARTICLE 16 - HOLIDAYS ........................................................... 29
ARTICLE 17 - PERSONAL DAYS ................................................. 30
ARTICLE 18 - VACATION ........................................................... 31
ARTICLE 19 - SICK LEAVE DAYS ............................................... 34
ARTICLE 20 - BEREAVEMENT LEAVE .......................................... 35
ARTICLE 21 - JURY DUTY ......................................................... 36
ARTICLE 22 - UNIFORM ALLOWANCE ......................................... 37
ARTICLE 23 - NEW JERSEY HEALTH CARE WORKERS ALLIANCE FOR QUALITY IN LONG TERM CARE .......... 37
ARTICLE 24 - UNPAID LEAVES OF ABSENCE .............................. 38
ARTICLE 25 - LEAVE FOR STUDY .............................................. 42
ARTICLE 26 - LEAVE OF ABSENCE FOR UNION BUSINESS ............. 43
ARTICLE 27 - SENIORITY .......................................................... 43
ARTICLE 28 - LAYOFF AND RECALL ........................................... 45
ARTICLE 29 - VACANCIES AND JOB POSTINGS ............................ 46
ARTICLE 30 - DISCIPLINE AND DISCHARGE ............................... 47
ARTICLE 31 - GRIEVANCE AND ARBITRATION PROCEDURE ............ 49
ARTICLE 32 - MANAGEMENT RIGHTS ......................................... 55
ARTICLE 33 - NO STRIKE OR LOCKOUT ...................................... 56
ARTICLE 34 - CONTRACTING OUT .............................................. 57
ARTICLE 35 - SUCCESSORS AND ASSIGNS/PARTIES ..................... 58
ARTICLE 36 - LABOR/MANAGEMENT COMMITTEE ........................ 58
ARTICLE 37- 1199 SEIU GREATER NEW YORK EDUCATION FUND/NEW JERSEY DIVISION .......... 59
ARTICLE 38 - POLYGRAPH TEST ............................................... 60
ARTICLE 39 - INCLEMENT WEATHER .......................................... 60
ARTICLE 40 - NEGOTIATIONS .................................................... 61

ARTICLE 41-      SCOPE OF AGREEMENT ................................................................. 61
ARTICLE 42 -     SAVINGS CLAUSE ....................................................................... 62
ARTICLE 43 -     DURATION.................................................................................. 62

Agreement entered into this 18th day of April, 2008, by and between FOREST HILL HEALTHCARE CENTER (hereinafter referred to as the "Employer" or the "Home") located at 497 Mt. Prospect Avenue, Newark, New Jersey, and SEIU Healthcare 1199 New Jersey, CTW (hereinafter referred to as "1199NJ" or the "Union"), having its principal office at 555 US Route 1 South, Iselin, New Jersey 08830.

## WITNESSETH:

**WHEREAS,** the Union has been designated by a majority of the employees in the bargaining unit, as their sole collective bargaining agent with respect to wages, hours and other terms and conditions of employment; and

**WHEREAS**, it is recognized that the efficient and orderly method of establishing and maintaining peaceful and harmonious labor relations and of dealing with problems and controversies arising out of employment is through negotiations and agreement rather than through strikes and lockouts; and

**WHEREAS**, the contracting parties are desirous of maintaining and promoting the highest standards of service and labor unity;

**NOW, THEREFORE**, in consideration of the mutual promises herein contained, the parties agree as follows:

## ARTICLE I - <u>BARGAINING UNIT</u>

**1.1**   The Employer recognizes the Union as the sole and exclusive bargaining agent for all regular full-time and regular part-time employees, as defined in paragraph 1.3 below, including all nursing assistants, orderlies, restorative aides, senior aides, housekeeping, laundry, recreation and dietary aides employed by the Employer at its 497 Mount Prospect

1

Avenue, Newark, New Jersey facility, but excluding all registered nurses, licensed practical nurses, professional employees, administrative and office clerical employees, students, cooks, chief cooks, chief watchmen, maintenance employees, guards and supervisors as defined under the National Labor Relations Act.  Supervisors and non-bargaining unit employees, as provided for herein, may be permitted to perform bargaining unit work for the purpose of instruction, orientation, and training; in case of an emergency; and to cover employee absenteeism after the Employer has made all reasonable efforts under the circumstances under Article 12 (including offering overtime) to fill the position.

    **1.2**    Temporary employees, as defined herein will be excluded from coverage under the terms of this Agreement for the period of their employment.  Temporary employees will be defined as:

    (a)    Employees hired by the Employer to work as temporary employees for up to three (3) months;

    (b)    Employees who are hired for a specific period of time while working under a cooperative education program or specified government grant; and

    (c)    Employees who are hired to replace a specific employee who is out on extended sick/disability leave or other leave of absence and/or to cover for employees who are out on vacation.

Temporary employees as defined under categories (b) or (c) above, who are employed six (6) months or more shall become regular bargaining unit employees with seniority retroactive to their original date of hire.  Temporary employees who work for at least ninety (90) days upon conversion to regular employee status will be considered regular employees and need not go

through a probationary period – as of the date of conversion.  Temporary employees who worked less than ninety (90) days before conversion to regular status may serve, at most, a thirty (30) day probationary period (to a maximum of ninety (90) days worked overall) before becoming a regular employee.    Seniority for benefits purposes will begin upon completion of the probationary period, or the conversion date if no probationary period is required, but seniority for measuring vacation entitlement will be retroactively credited to original date of hire.  Temporary Employees under category (a) above will become regular employees after three (3) months and be subject to the same provisions as set out for category (b) or (c) temporary employees, unless the category (a) temporary employee is converted to category (b) or (c) status.  The total time in temporary status in that case will be limited to a total of six (6) months.    All temporary employees, while excluded from the bargaining unit, may regularly perform bargaining unit work, consistent with the provisions of this Agreement pertaining to maximum number of temporary employees employed in this Article and priority for work assignment as set forth in Article 12.

The Employer agrees that it will not employ more than ten (10) temporary employees at any given time, unless it can demonstrate that it is essential to hire additional temporary employees in order to provide proper resident care and it cannot retain regular employees to do so.  The Employer shall meet and negotiate with the Union prior to exceeding the ten (10) temporary employee limitation, unless the need for temporary employees arises in an emergency situation, in which case the Employer will advise the Union immediately upon the employment of such temporary employees and will meet with the Union to negotiate over this issue if the Union so requests.  The Employer's determination as to whether an emergency

situation arises necessary to create the need for employment of more than ten (10) temporary employees is subject to the grievance and arbitration procedure.

   **1.3** Full time employees shall be defined as employees who are regularly scheduled to work thirty-seven and one-half (37 ½) hours or more per week.  Part-time bargaining unit employees shall be defined as employees regularly scheduled to work at least twenty (20) hours per week, but less than thirty seven and one-half (37½) hours per week.  Employees regularly scheduled to work less than twenty (20) hours per week are excluded from the bargaining unit, but may, nevertheless, perform bargaining unit work, consistent with the provisions of this Agreement pertaining to priority for work assignment set forth in Article 12.

   **1.4** Part-time bargaining unit employees will have their hours of work reviewed every six (6) calendar months.  If the employee is found to have worked thirty-seven and one-half (37½) hours or more per week for every week in three (3) consecutive calendar months within that six (6) month period, then such employee shall be converted to full-time status.  Employees will begin to receive/accrue/earn benefits as full-time employees commencing at the beginning of the six (6) month period, except that medical insurance coverage will be subject to the provisions of the policy for employees in these circumstances.  The employee shall retain his/her original date of hire for all purposes, except as limited by this Article.

   **1.5** Part-time bargaining unit employees are eligible to receive benefits provided in this Agreement on a pro-rata basis in accordance with Article 2.  Their hours will be reviewed every six (6) months to determine the average number of hours worked each week for pro-rata benefits entitlement.

1.6     Part-time bargaining unit employees shall be provided with a work schedule each month.  Work hours beyond the part-time employee's regular work schedule will be offered consistent with the overtime procedures set out in Article 12.

1.7     For purposes of measuring hours worked for this Article only, paid time off shall count as time worked in measuring the hours worked in any given week.

1.8     When an employee has worked for the Employer in a non-bargaining unit position and is hired into a bargaining unit position, said employee will be treated as a new hire for all purposes under this Agreement, except as it specifically provides for temporary and part time bargaining unit employees who convert to regular bargaining unit employment status.

1.9     Non bargaining unit employees regularly scheduled to work less than twenty (20) hours per week shall be reviewed each six (6) months to determine the average number of hours worked each week.  If an employee averages twenty (20) hours or more per week he/she will become a member of the bargaining unit for all purposes thereafter and will be eligible to receive benefits in accordance with the terms of the Agreement.  The employee must serve a probationary period, consistent with Section 1.2 above.

1.10    The Employer and the Union agree to a process that recognizes non-supervisory employees who have chosen to be represented by the Union.  The Employer shall remain neutral and the Union shall not campaign in a negative and/or disparaging manner toward the Employer.  When the Union shows proof of majority support for Union representation by any non-Union, non-supervisory group of employees through a card check process to a mutually agreed upon neutral or Arbitrator, then the Employer shall recognize the Union as the bargaining representative of said employees.

## ARTICLE 2 -   PART-TIME EMPLOYEES

    **2.1**    Part-time employees are considered those employees who regularly work at least twenty (20) hours per week, but less than thirty seven and one-half (37½) hours per week.  The average time worked shall be measured over six (6) months.  Only those part-time employees working thirty (30) or more hours will be eligible to receive medical, and life insurance benefits as provided under the Greater New York Benefit Fund.  All part-time employees will be eligible to receive other benefits provided for in this agreement on a prorated basis.

## ARTICLE 3 -   SUMMER REPLACEMENTS

    **3.1**    The Employer shall have the right to hire up to a maximum of five (5) employees within the unit described in Article 1 as summer replacements who shall be so designated, (separate and apart from temporary employees hired under Article 1), provided that such employees shall not be employed prior to May 15th or after September 15th.  Such persons, who clearly shall be designated on personnel records as "summer replacement," shall be excluded from coverage under the terms of this Agreement, but may regularly perform bargaining unit work during the May 15 – September 15 time period.  However, if such a summer replacement works beyond September 15th, their special designation shall be deleted and they shall become regular bargaining unit employees covered under the terms of this Agreement, subject to the waiting period provided in Article 1, provided they are scheduled to work at least twenty (20) hours or more per week.

## ARTICLE 4 -   UNION SHOP

**4.1**    It shall be a condition of employment that all employees of the Employer covered by this Agreement who are members of the Union in good standing at the execution or the effective date of this Agreement, whichever is later, shall remain members in good standing in the Union.  It shall also be a condition of employment that all employees covered by this Agreement who are not Union members and are hired on or after its execution or effective date, whichever is later, shall on the thirtieth (30th) day following the beginning of such employment become and remain members in good standing in the Union.  Upon notice by the Union to the Employer that an employee has not complied with the Union shop requirements for remaining in financial good standing, the Employer shall discharge said employee and advise the Union in writing of its action taken, if the employee has not been restored to financial good standing within thirty (30) days from the date the Union notice is received.

**4.2**    The Employer shall promptly, upon hiring new employees, notify them of the existence of the Union Agreement and the Union Shop requirements.

**4.3**    The Union shall indemnify, defend and save the Employer harmless against any and all claims, demands, suits or other forms of liability that shall arise out of or by reason of discharging any employee requested or required by the Union as a result of this Article.

**4.4**    The Employer will provide the Union with a list containing the names, home addresses, social security numbers, wages and dates of hire and job category and update each list with new hire information every two (2) months.

## ARTICLE 5 -   CHECK OFF

**5.1**    The Employer agrees to deduct in the first payroll period of each month from the wages of employees, the membership dues and initiation fees, and agrees to remit to the

Union all such deductions made, together with a list of employee's names for whom such deductions have been made and the amounts thereof, so as to be received by the Union by the 20th of each month, provided the Employer has received from each employee on whose account such deductions are made, an individual signed authorization for such deductions which shall not be irrevocable for a period of more than one year or beyond the termination date of this Agreement, whichever occurs sooner. The Employer shall furnish the Union monthly, the record for those whom deductions have been made and the amounts thereof. The lists and records referenced in this section shall be transmitted electronically to the Union. All funds deducted by the Employer shall be held as trust funds and shall not be commingled with other funds of the Employer. In the event the Employer fails to properly remit such monies, the Arbitrator may upon application assess interest at the legal rate, reasonable attorney fees and all costs with collection against the Employer.

      **5.2**    The Union shall promptly notify the Employer, in writing, of any revocation of authorization received by it.

      **5.3**    The Union shall indemnify, defend and save the Employer harmless against any and all claims, demands, suits or other forms of liability that may arise out of or by reason of action taken by the Employer in reliance upon this article or payroll deduction cards.

## ARTICLE 6 – <u>COMMITTEE ON POLITICAL EDUCATION ("COPE")</u>

      **6.1**    The Employer agrees to deduct from the paycheck of all employees covered by this Agreement, voluntary contributions to the Committee On Political Education ("COPE"). The Union shall notify the Employer of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked, along with a Deduction Authorization signed by the employee. The phrase "weeks worked"

excludes any week other than a week in which the employee earned a wage. The Employer shall remit to the Union, on a monthly basis, in one check, the total amount deducted, along with the name and social security number of each employee on whose behalf a deduction is made, and the amount deducted from the employee's paycheck. All funds deducted by the Employer shall be held in a trust fund and shall not be commingled with other funds of the Employer. The minimum number of employees to participate is ten (10) employees as of March 31, 2001.

      **6.2**    Ongoing employees may only request to participate in COPE on an annual basis, during the month of January. Their decision to participate and the amount contributed may not be changed until the open period the following year. Newly hired employees may make a request to participate upon completion of their probationary period. Their decision may not be changed until the next following open period in January.

      **6.3**    The Union and COPE agree to indemnify the Employer and to hold the Employer harmless for all monies which are deducted in accordance with COPE instructions, and which are disputed by the involved employee. The Union, COPE and the employee further agree that all disputed issues are to be resolved among the Union, COPE and the employees themselves without the involvement of the Employer.

      **6.4**    Employees must contribute at least One Dollar ($1.00) each week. Once their monetary contribution is determined, it may not be changed until the next open period. If an employee is on layoff or on unpaid leave of absence, the employee is relieved of monetary contribution that week. (The Employer is likewise relieved of withholding contributions).

      **6.5**    Employees must give sixty (60) days' notice before open period if discontinuing participation.

6.6      COPE issues are arbitrable only to the extent that the parties disagree as to whether there was a failure to deduct or submit to the Union, contributions were properly authorized by employees or if there are the requisite ten (10) employees participating.

6.7      The Union may request that the Employer provide a special two (2) week open period for employees to sign up for or change their contribution outside of the January open period.  This request will be made solely in conjunction with a special campaign, which the Union had not been aware of during the January open period.  The Employer shall not arbitrarily and unreasonably deny such request.

## ARTICLE 7 -    NON-DISCRIMINATION

7.1      No employee covered by this Agreement shall be unlawfully discriminated against by the Union or the Employer because of membership in the Union or activities on behalf of the Union.

7.2      Neither the Employer nor the Union shall unlawfully discriminate against any employee covered by this Agreement on account of race, creed, color, age, sex, marital status, national origin, or legally covered disability.  Neither party shall discriminate against any employee because of the employee's sexual orientation.

7.3      Any alleged violation of Section 7.2 shall not be subject to the arbitration provisions of this Agreement.  However, said alleged violation will be subject to the other aspects of the grievance procedure.

## ARTICLE 8 -    UNION ACTIVITY AND COMMUNICATIONS

8.1      A representative(s) of the Union who is not also an employee of the Home shall have reasonable access to the facility for the purpose of administering this Agreement.

Such reasonable access may include a telephone conference with a representative of the Employer or admission to the facility at reasonable times. The Union representative will call in advance, whenever reasonably possible, to schedule a mutually convenient date and time for a visit to the facility and will schedule an appointment in advance where the representative wishes to arrange a meeting with a representative of the Employer. Whenever the Union representative arrives at the facility, he/she must advise the Administrator, or the person otherwise in charge of the Home at that time, of his/her presence in the facility, before engaging in any activity under this clause. If the Union intends to make a visit by a representative outside the hours of 6:30 a.m. to 8:00 p.m., it must notify the Administrator or his/her designee in advance.

**8.2**    A non-employee representative of the Union will not go into residents' rooms or into other direct resident work areas to visit or conduct business while residents or their family members are present. However, any Union representative will be permitted on resident floors and hallways to observe bargaining unit work activity during union visits. Union visits shall in no way interfere with or be disruptive to the operations of the Employer. Any business conducted with employees of the Home during said visits shall be on employees' non-work time and will not in any way interfere with an employee's performance of his or her job. The privileges set forth in this Article will not be abused.

**8.3**    The Employer shall make available to the Union two (2) locked, glass enclosed bulletin boards for union business-related postings. One such bulletin board will be located in the employee lounge; the other will be located by the employee time clock. The Union agrees that it will not post any items on these boards, which are inflammatory or offensive. If the Employer advises the Union, in writing, that it finds a posting to be inflammatory or offensive, the Union will, within twenty-four (24) hours from the time such

notice is received by the Union, remove such posting.  The Employer may provide written notice to the Union by facsimile, and the time of receipt by the Union of that facsimile shall be deemed to be receipt of notice by the Union for purposes of this Article.

**8.4**    The Union shall be permitted to conduct up to a maximum of six (6) union meetings per year on the Employer's premises in a room designated by the Employer for such purpose, upon one (1) week's written notice to the Administrator.  The Union will schedule an alternate date if such meeting would interfere with a previously scheduled activity at the facility, if the Employer so requests.  In addition, other such Union meetings may be held with the consent of the Employer, which consent shall not be unreasonably denied.

**8.5**    The Administrator will provide the Union with a room in the facility to conduct Union business and meetings.

**8.6**    The Union may select a Delegate who is a bargaining unit member.  The Union shall notify the Employer, in writing, promptly upon an employee being made Delegate or being removed as a Delegate.  The Employer may insist on dealing only with Delegates who have been duly selected and of whom they have been officially informed by the Union.

**8.7**    It shall be the duty of the Delegates to receive grievances/complaints and other duties as may be assigned by the Union and dispose of them in the manner provided under and consistent with the terms of this Agreement.

**8.8**    Delegates shall perform their duties during their own non-work time and the non-work time of any employees involved, except as the parties mutually agree to the performance of their duties during work time.  Such agreement shall not be unreasonably withheld.  The Employer and the Union agree that they will make best efforts to schedule

grievances during working hours, consistent with patient care needs and given the circumstances of the particular situation.

**8.9**   Delegates shall have super seniority for purposes of layoff and recall only.

**8.10**   Delegates authorized by the Union shall be scheduled off and may utilize paid "pool" days to attend seminars, conferences and other meetings of the Union.  A pool of twelve (12) paid days per contract year will be created to provide this paid time off.  Pool days must be taken in full day increments.  The Union will advise the Employer when any of these days are to be used, at least one (1) month in advance, indicating the date and the names of the employee Delegates who will be attending the conference.  Where special circumstances would reasonably prevent the Union from giving the one (1) month advance notice as required, the Union will make its request as much in advance as possible and the Employer will make every reasonable effort to release all or as many of the Delegates as possible consistent with resident care needs.  Pool days shall be defined as seven and one half (7 ½) hours per day.  Only formally designated Delegates will be permitted to take such days off under this paragraph.

**8.11**   Designated Union Delegates shall have up to thirty (30) minutes to orient new bargaining unit employees to the Union.  This will be part of the employee's normal orientation and shall cover topics related to this Agreement and SEIU 1199NJ.  Union Delegates shall not disparage the Employer in orientation.

**8.12**   The Employer shall grant three (3) employees election day off, with pay, for all major Federal and State elections.

**8.13**   The Employer shall release members of the Union's Executive Board in its employ, with no loss of pay, so that they may attend such Board meetings.

## ARTICLE 9 -    PROBATIONARY PERIOD

**9.1**    A new employee shall be deemed probationary during the first ninety (90) days of his/her employment during which time he/she may be discharged for any reason, which need not be stated by the Employer and which is not arbitrable.

**9.2**    Employees are not eligible to receive any benefits or wage increases during this probationary period unless otherwise provided for under this agreement, except if an employee works on one of the holidays recognized under this Agreement, then he/she will be paid time and one-half for working that holiday.

## ARTICLE 10 -    WORK WEEK

**10.1**    The regular work week for all full time employees shall be thirty-seven and one-half (37½) hours, consisting of five (5) days in any work week.   The workday shall consist of seven and one-half (7½) hours each day, plus thirty (30) minutes unpaid for meals.

**10.2**    Each employee scheduled to work a full seven and one-half (7½) hour shift shall receive one (1) fifteen (15) minute paid break per shift.   Breaks will be scheduled by the Employer.   Employees will not be permitted to leave facility grounds during paid breaks.

**10.3**    The work week shall run from Sunday to Saturday.   Payday shall be every other week on Thursday, beginning at 2:00 p.m.

**10.4**    The parties recognize that the Employer's operation requires coverage on a twenty-four (24) hour per day, seven (7) day per week basis.   Therefore, an employee's work week may include Saturday and/or Sunday consistent with the provisions herein.   The Employer shall schedule each regular full-time employee who is regularly scheduled to work five (5) days a week for every other weekend off except:

1.    Where an employee agrees to or requests another schedule of days off and the Employer consents;

2.    Where the Union and the Employer otherwise agreed to a different schedule with respect to a particular unit, department or job classification.

3.    Where such scheduling would result in an unreasonable interference with the efficient operation of a unit or department;

4.    In emergencies; or

5.    Where an employee requests (with the consent of the Employer) to work a different assignment, with prior knowledge of an alternate schedule of weekends off.  An employee, who desires to waive the every other weekend off requirement, shall, if consented to by the Employer, execute a written waiver, which may not be revoked without the agreement of the Employer during the life of this Agreement.

**10.5**   Where a regular, full-time employee has worked a regular schedule of weekends off, his/her schedule of weekends off shall not be reduced while he/she is in his/her present position or shift, except in an emergency.   Where work assignments are otherwise changed such employee shall have his/her schedule of weekends off maintained unless to do so would unreasonably impair the efficiency of the Employer.

**10.6**   A weekend shall be defined as beginning with the shift that commences at 7:00 a.m. on Saturday morning and concluding with the shift that ends at 7:00 a.m. on Monday morning.

**10.7**   Employees who are scheduled to work weekends and call out may be required to make them up, and their work schedules may be adjusted to avoid weekly overtime, at the discretion of the Employer, until such weekend has been made up.  If the employee is required to make up the work, it will be in addition to the employee's other weekend obligations. Employees who are out on weekends may also be required to bring a doctor's note explaining their absence, if required by the Employer.  Employees failing to provide a doctor's note when required will forfeit sick pay for the day(s) in question.

**10.8**   The Employer agrees to provide free coffee and tea at meal periods to each working employee.  Employees will be allowed to purchase meals at a reduced price of $2.00.   The Employer may utilize an advance sign-up sheet to determine the number of employees who wish to purchase meals on each shift, each day.

**10.9**   Where the Employer requires periodic medical examinations of its employees; the Employer will make the physician, or his designee, available for employees at the facility at no charge to the employees.  The physician, or his designee, will be available at reasonable times for employees, either on or contiguous with all shifts at the facility. Employees who refuse to make themselves available for these opportunities will not be eligible for the medical examination at no charge, but must still have required exams completed.

**10.10**   The Employer may enforce, establish and/or modify time clock and reporting to work policies and procedures, provided they are not inconsistent with any terms of this Agreement or applicable federal and/or state law and/or regulation.   The Employer will provide copies of any changes to this policy, in writing, and will meet and negotiate such changes with the Union, upon request.

## ARTICLE 11 -   OVERTIME

**11.1**   All hours worked in excess of thirty-seven and one-half (37½) hours in any week shall be paid at a rate of time and one-half (1½) the regular rate of pay.  Full-time employees who work in excess of seven and one-half (7½) hours in any one day shall be paid at a rate of time and one-half (1½) the regular rate of pay for hours worked beyond seven and one-half (7½) in that day, but only in those instances where the employee works his/her entire week schedule for that work week.

**11.2**   No overtime shall be worked unless authorized by management.

**11.3**   Overtime work shall be offered only to employees in the same job classification where the overtime is needed.

**11.4**   There shall be no pyramiding of overtime.

**11.5**   Only paid time, which is actually worked by the employee, will generally count as time worked for purposes of computing overtime.  Paid time NOT actually worked by the employee will not count as time worked for purposes of computing overtime, except for paid holidays recognized under this Agreement, which will count as time worked for purposes of computing overtime.

**11.6**   Work, which is not assigned to employees as part of the regular schedule shall be assigned as follows:

1. The employer may set up a system, which allows all part-time employees (bargaining unit and non-bargaining unit) to sign up for extra work.  This sign up list will be utilized first, on a rotating basis, when filling vacancies on the schedule.  If the same employees sign up on more than one list and their requests cannot

be accommodated, the Employer will grant time on a rotating basis as equitably as reasonably possible.

2. After exhausting that list, the Employer will look to other part-time employees (bargaining unit and non-bargaining unit employees) to fill such vacancies.

3. The Employer will then offer premium pay, overtime hours to available full-time employees who are willing to work the hours.

4. The employer may then offer premium pay, overtime hours to part-time temporary employees who are not working a full-time schedule.

5. The Employer may then offer premium pay, overtime hours to part-time bargaining unit employees who are already scheduled to work or who have agreed to work a full schedule that week.

6. The Employer may then offer premium pay overtime hours to non-bargaining unit part-time employees already working a full week or to temporary employees.

7. Within each category, the Employer shall offer the hours to each employee on the basis of seniority, except in the case of temporary employees, or non-bargaining unit part-time employees where it will be offered at the sole discretion of the Employer.

**11.7**    When extra work becomes available after the schedule is posted due to employee "call-outs" or other failure to report to work as scheduled, it shall be assigned as follows:

1. The Employer may set up a system, which allows part-time bargaining unit and part-time non-bargaining unit employees to sign up for extra work. This sign-up list will be utilized first, on a rotating basis when filling vacancies on the schedule. If the same employees sign up on more than one list and their requests cannot be accommodated, the Employer will grant time on a rotating basis as equitably as reasonably possible.

2. The Employer will contact part-time bargaining unit employees assigned to work less than full time who are working at the time the call-out occurs or when the Employer otherwise becomes aware of the need.

3. The Employer will offer the hours to part-time non bargaining unit employees scheduled to work less than full-time that week who are working at the time the employee call out occurs or when the Employer otherwise becomes aware of the need.

4. The Employer will then contact part-time bargaining unit employees and part-time non-bargaining unit employees assigned to work less than full time who can be contacted by phone.

5. The Employer will then offer the hours to full time employees who are working at the time the call-out occurs or when the Employer otherwise becomes aware of the need.

6. The Employer will then offer the hours to temporary employees who are scheduled to work a full-time schedule that week who are

working at the time the call-out occurs or when the Employer otherwise becomes aware of the need.

7. The Employer will then call full time employees who can be contacted by phone.

8. The Employer will then call temporary employees who can be contacted by phone.

9. Within each category, the Employer shall offer the hours to each employee on the basis of seniority, except in the case of temporary employees or part-time employees excluded from the bargaining unit where it will be offered at the sole discretion of the Employer.

**11.8**    If an employee is offered overtime and turns the offer down under any circumstances or in any priority listed above, their name goes to the bottom of the list for purposes of the next time such offers are made again.

**11.9**    When the Employer is not able to adequately staff utilizing the procedure set forth above, the Employer may require employees to work overtime, consistent with applicable state and federal law and regulation.  Said overtime may be assigned to part-time temporary, part-time, fulltime temporary or full-time employees in that order until the vacancies are filled.  Overtime to bargaining unit employees shall be assigned by inverse order of seniority on a rotating basis.  The Employer will give employees as much notice as is reasonably possible before requiring employees to work overtime.

## ARTICLE 12 -   <u>SHIFTS</u>

**12.1**    The normal hours/shift for a bargaining unit employee shall be established by the Employer at the time the employee is hired.

**12.2**    Non-probationary employees shall not have their schedule permanently changed, nor shall they be permanently transferred to a shift other than that for which said employee was hired, except by mutual consent.

**12.3**    The Employer may transfer an employee from shift to shift on a temporary basis, not to exceed two (2) weeks in duration, unless the Employer and employee mutually agree to extend the temporary transfer or to make the transfer permanent.

**12.4**    Before transferring an employee, the Employer will request qualified volunteers.  If there are no volunteers, transfers will be made based on inverse order of seniority on a rotating basis among qualified employees.  Such changes will be made for good and sufficient reason only and the Employer will not act arbitrarily or capriciously.

**12.5**    Whenever an employee requests a change of shift, approval of such request shall not be unreasonably withheld if a vacancy exists in the classification in which the employee is then working and the Employer can fill the position on the shift which the employee to be transferred is vacating.  If more than one employee applies to fill a vacancy, the transfer will be given to the employee with the most classification seniority, who is qualified to do the work, subject to filling the position which the employee is vacating.

**12.6**    If the need to transfer an employee from unit to unit or floor to floor arises for either a temporary or permanent basis, the Employer will first ask for volunteers.  If no volunteers are acceptable to the Employer, then the Employer will choose the employee best suited for the position based on the operational efficiency of the floor/unit at issue.  The Employer will not act arbitrarily or capriciously in selecting the employee to be transferred.

## ARTICLE 13 -   <u>WAGES</u>

**13.1**   All bargaining unit employees shall receive the following increases to their wages as follows:

(a)   December 11, 2008 lump sum payment in the amount of $250.00 in a separate check and separate from sick-leave payout.

(b)   July 1, 2009   3% wage increase to hourly rate

(c)   June 1, 2010   3% lump sum payment

(d)   June 1, 2011   3% wage increase to hourly rate

**13.2**   The minimum rate of pay as of April 18, 2008 for post-probationary employees is as follows:

Grade 1:      $10.00

C N As:      $10.78

The increases in 13.1 (b), and (d) above shall be added to the minimum post-probationary rates.

**13.3**   An employee who transfers to a higher paid labor grade shall be placed at the starting rate of the higher paying position. This provision does not apply to employees assigned to work as a Restorative Aide.

**13.4**   Employees performing work of a higher classification shall receive the rate for the higher classification.  This provision does not apply to employees assigned to work as a Restorative Aide.

**13.5**   The Employer may pay up to one dollar ($1.00) per hour below the post-probation rate during the employee's probationary period.

## ARTICLE 14 -   NATIONAL INDUSTRY PENSION FUND

**14.1**   COVERAGE.  The Employer shall make periodic contributions on behalf of all employees covered by the Collective Bargaining Agreement to the Service Employees International Union National Industry Pension Fund ("Fund") in the amounts specified in Section 14.3 below.

**14.2**   TERM.   The Employer agrees to become and remain a participating employer in the Fund throughout the term of this Collective Bargaining Agreement, including any extensions thereof.

**14.3**   CONTRIBUTIONS.  Effective as of April 18, 2008 – 1.5%, September 1, 2010 – 2%, March 1, 2011 – 2.5% and June 1, 2011 – 2.75%, the Employer agrees to contribute to the Fund an amount equal to the percentage of gross earnings specified above, for each non-probationary employee covered by the Agreement from the employee's ninetieth day of employment or the effective date of this collective bargaining agreement, whichever is later.

      (a)   Contributions required by this provision shall be paid to the Fund on or before the fifteenth day of the month following the period for which contributions are due or before such other date as the Trustees may hereafter determine.

      (b)   Contributions shall be transmitted together with a remittance report containing such information, in such manner, and on such form as may be required by the Fund or their designee.

**14.4**   TRUST AGREEMENT.  The Employer hereby agrees to be bound by the provisions of the Agreement and Declaration of Trust establishing the Fund, as it may from time

to time be amended, and by all resolutions and rules adopted by the Trustees pursuant to the powers Delegated to them by that agreement, including collection policies, receipt of which is hereby acknowledged.  The Employer hereby designates the Employer members of the Funds Board of Trustees, or their duly selected successor(s), as its representatives on the Board.

     **14.5**   COOPERATION.  The Employer and Union agree to cooperate with the Trustees of the fund in distributing Plan booklets, literature, and other documents supplied by the Fund Administrator and in obtaining and providing such census and other data as may be required by the Fund's Administrator or Trustees to enable them to comply with the applicable provisions of the Employee Retire Income Security Act.

     **14.6**   APPROVAL BY TRUSTEES.  The undersigned parties acknowledge that the provisions of this Article and the participation of the employees covered by it are subject to approval by the Trustees of the fund and that the Trustees reserve the right to terminate, at their sole and unreviewable discretion, the participation of the employees covered by this Agreement and to establish the level(s) of benefits to be provided.  Termination may be directed by the Trustees for reasons including, but not limited to, failure of the Employer to timely pay contributions and expiration of a Collective Bargaining Agreement.  The parties further acknowledge that the Trustees' acceptance for participation in the Fund of the employees covered by the Collective Bargaining Agreement is limited only to the categories of employment covered by the Collective Bargaining Agreement at the time application for acceptance occurs and the admission of other categories of employment to participate in the Fund will require specific acceptance by the Trustees.

## ARTICLE 15 -   1199 SEIU GREATER NEW YORK BENEFIT FUND

**15.1**   Effective June 16, 2008, unless otherwise mutually agreed, the Employer shall make contributions to the 1199 SEIU Greater New York Benefit Fund ("Fund") for each employee covered by this Agreement at the rate of 26% of gross payroll (as defined and as in practice in the Greater New York Funds) of the whole bargaining unit.  Effective March 1, 2009, the Employer shall increase contributions to the Fund to 28% of gross payroll of the whole bargaining unit as provided for in this Article.  Effective March 1, 2010, the Employer shall increase contributions to the Fund to 29% of gross payroll of the whole bargaining unit as provided for in this Article.

**15.2**   In the event that the Trustees of the Fund determine that contributions in excess of the applicable rates set forth above are required to grant the current benefits to the employees and the Benefit Fund does not take measures that eliminate the shortfall, the parties agree that, at the Union's sole option and discretion, to either provide that the parties promptly meet to propose plan revisions that will keep the contribution rates at the applicable percentages set forth above or make other modifications in other parts of the economic costs of the contract such that they cover the full percentage required by the Trustees.  In the event that the parties cannot agree on such plan revisions or contract modifications, they agree to submit the dispute to final and binding arbitration before Martin Scheinman.  In no event shall the contribution requirement of the Employer exceed applicable percentages set forth above, except by mutual agreement.  In the event that the Fund Trustees determine, in their sole discretion, that the Fund will no longer cover the affected employees, the parties shall promptly meet to negotiate

acceptable replacement coverage.  In such event the Employer shall not be required to pay any amounts for health insurance that exceed the dollar amounts provided for in this provision of the Agreement.  "Gross payroll" for the purpose of this provision shall exclude payment for unused sick days, uniforms, meals, transportation allowance; wages paid to employees who regularly work less than thirty (30) hours per week; wages paid to employees who opt out of coverage pursuant to this Article; wages paid to probationary employees; wages paid to summer replacement employees; wages paid to temporary employees; all overtime wages paid and all lump sum payments provided for under Article 13 above.

 **15.3** Such contributions shall be paid by the Employer on or before the tenth day of each month and shall cover the previous month's employees covered by this Agreement. In the event the Employer, without justification, fails to timely remit contributions, the Arbitrator may upon application, assess interest at the legal rate against the Employer.

 **15.4** The payments so made by the Employer shall be used by the 1199/SEIU Greater New York Benefit Fund solely for those fringe benefits set forth in the Trust Agreement heretofore executed and thereafter amended establishing such 1199/SEIU Greater New York Benefit Fund.  The parties understand that the 1199/SEIU Greater New York Benefit Fund will be held and managed under the terms and provisions of an Agreement and Declaration of Trust executed in connection with the said Fund.

 **15.5** The Employer shall furnish to the Union monthly a statement indicating the names of the Employees covered by this Agreement, their social security numbers and the amount of wages paid, or such other report, record or statement as shall supply such information, and agree to make available for inspection to the Trustees of the Fund all payroll records that

may be required for the sound and efficient operation of the Fund, or which may be required by the insurance companies, if any, insuring the employees.

15.6     In the event a dispute arises in connection with the Employer's failure to make required contributions and the Union submits the matter to arbitration and prevails, the Arbitrator's decision shall include a directive requiring the Employer to pay all reasonable audit and accountants' fees, the full amount of the Arbitrator's fees, collection expenses including court costs, if any, and interest at the then current legal rate, together with reasonable attorneys' fees for the attorney representing the Union and/or the Fund in connection with the arbitration and/or court proceedings.

15.7     Notwithstanding the foregoing, if any employee is disentitled to any benefits provided by the Funds by reason of the Employer's delinquency in the payment of contributions, such Employer shall be liable to such employee, in a civil action, for the full amount of the benefits which the employee lost, together with court costs.   Acceptance or collection of delinquent contributions by the Fund shall not absolve the Employer of this liability.

15.8     BUY OUT.   Employees who are otherwise eligible to receive medical insurance coverage (single) and can prove that they receive coverage from other sources may exercise a buy out option – whereby they will receive an additional one dollar ($1.00) per hour. This payment will be provided in lieu of receiving medical insurance coverage.   Employees who lose coverage must notify the Employer and when possible, according to the terms of the plan in effect, begin to participate in coverage.   Employees who opt out and then return to coverage will forfeit the One Dollar ($1.00) per hour additional pay set out above.

15.9    Coverage for all plans under paragraphs above shall actually commence on the first day of the month following the employee's applicable anniversary date.

15.10   The Employer, if approved by the appropriate governmental agency, may institute a program whereby employee contributions for medical insurance may be paid with pre-tax dollars.  The procedures for such a program shall be determined by applicable law and may be discontinued by the Employer at any time.  The Union agrees that employees will pay any necessary minimum monthly contribution to the extent required by law.

15.11   In the event the Union selects another employee benefit trust jointly trusteed by labor and management representatives that will provide welfare benefits to employees in the bargaining unit represented by the Union ("Successor Fund"), all contributions due to be paid under this Agreement to the Benefit Fund shall be instead paid to the Successor Fund and the Employer shall no longer have an obligation to pay to the Benefit Fund contributions that have been paid to the Successor Fund.  The Union shall provide no less than thirty (30) days' notice of any change to a Successor Fund.  All other provisions of this Article shall likewise apply as to the "Successor Fund."

15.12   The Employer shall begin to make contributions to the Fund on behalf of an employee on the first day of the calendar month following the date the employee completes his/her probationary period.  It is understood that employees will not actually be eligible to receive benefits until they complete six (6) months of employment.

15.13   The Employer shall make contributions to the Fund on behalf of employees who are on paid or unpaid FMLA leave.

15.14   The Union and the Fund agree to indemnify and hold the Employer harmless for any and all claims made by employees/dependents for health benefits provided

under this Article, except that this section shall not apply to claims arising from delinquencies referenced in Section 15.7.

**15.15** The Union and the Employer further agree that all disputes relating to benefits provided by the Fund under this Article shall be resolved without the involvement of the Employer except for those disputes referenced in Sections 15.6 and 15.7.

# ARTICLE 16 -   HOLIDAYS

**16.1** Full-time employees who have completed the necessary probationary period are entitled to the following holidays with eight (8) hours of regular pay:

> New Year's Day
> Martin Luther King's Birthday
> President's Day
> Memorial Day
> Independence Day
> Labor Day
> Thanksgiving Day
> Christmas Day

**16.2** Any employee required to work on any of the holidays listed above will be paid time and one half of their regular rate of pay for all hours worked on the Holiday and will receive another day's pay at straight time or another day off with pay, at the option of the Employer. Employees cannot request to utilize a holiday to cover for an absence day.

**16.3** When a holiday falls within a vacation period, an employee will either be allowed to take an additional day of paid vacation time before or after their scheduled vacation or the employee will be paid for the holiday, at the option of the Employer. Such decision will be made prior to the commencement of the employee's vacation.

**16.4** In order to qualify for holiday pay, an employee must work the scheduled workday before the holiday, the holiday itself if scheduled to work, and the scheduled workday

after the holiday.  The Employer must notify the employee at least five (5) days in advance if the employee is going to be required to work on Christmas Day, New Year's Day or Thanksgiving.

     **16.5**    Employees who are out on a leave of absence, paid or unpaid (except vacation), shall not be entitled to receive holiday pay.  Employees in their probationary period are not entitled to receive paid holidays; and if they work on any of the above holidays, they will be paid straight time.

     **16.6**    The Employer shall at its discretion have the right to observe any holidays which fall on Saturday or Sunday on either the preceding Friday or the following Monday.

     **16.7**    Employees who have completed their probationary period will be eligible to have their birthday off as a paid day.  Leap year birthday employees shall have an equivalent day off each year.  The date of an employee's birth as set forth in his/her application for employment shall be conclusive on the parties as to the date of the birthday to be utilized.  The employee may request to have the actual birthday off, or upon mutual agreement between the parties, another day off in lieu of the holiday may be scheduled, provided that such alternative day is after the actual birthday date.

## ARTICLE 17 -   <u>**PERSONAL DAYS**</u>

     **17.1**    Full-time employees shall be eligible to receive one (1) personal day in their first year of service at the Home, provided the employee completes his/her probationary period by October 1st.  In the next calendar year following the employee's completion of his probationary period, the employee will receive one (1) personal day on January 1st and a second day on July 1st.  Scheduling requirements and limitations on usage shall continue as provided under paragraphs 17.2 and 17.3 below.

**17.2**    Personal days may be taken as requested, provided it would be consistent with the patient care and work coverage needs of the Home.  Employees must give the Employer at least two (2) weeks written advance notice of his/her intention to take a personal day, except in the case of an emergency.  Such requests shall be subject to approval by the Home. Personal days may not be taken on a weekend, during a week in which a holiday occurs or during the period December 1st through January 15th unless the Employer is willing to make an exception under the particular circumstances.

17.3    Unused personal days shall not be cumulative from year to year.  Personal days earned but not used during the year are lost.  Employees will have until the following March 31st to utilize earned personal days.

## ARTICLE 18 -    <u>VACATION</u>

**18.1**    Full-time employees shall receive all accrued vacation time each year with pay as follows:

| <u>Length of Service</u> | <u>Amount of Paid Vacation</u> |
|---|---|
| After completing 1 yr of service | 5 paid days |
| After completing 2 yrs of service | 10 paid days |
| After completing 5 yrs of service | 15 paid days |
| After completing 12 yrs of service | 20 paid days |
| After completing 25 yrs of service | 25 paid days |

**18.2**    All requests for vacation must be made in writing and submitted to the department head at least thirty (30) days in advance of the requested vacation date.  All requests for vacation during the "prime time" of June 15th to September 15th submitted by April 30th will be granted, if approved, based on seniority.  Vacation requests submitted after April 30th for prime time or submitted before or after that April 30th date for any other non-prime time date will

be granted, if approved, on a first come-first served basis.  Requested vacations are subject to approval by the Employer.

1.   All requests for vacation time between December 15th and January 15th each year shall be submitted by October 31st of that year and shall be granted at a maximum of thirty seven and one half (37 ½) hours if approved, based on seniority.  However, if a more senior employee takes vacation between December 15th and January 1st in one year, then that employee shall be placed at the bottom of the seniority list for the purposes of this subsection in the following year.

**18.3**   Vacation pay will be computed on the basis of an employee's regular pay.

**18.4**   Vacation fully earned during any calendar year must be taken before the end of the following anniversary year or it will be forfeited.  The Employer shall not be obligated to pay any employee for more than fifty-two (52) weeks in a year unless the Employer specifically requested the employee to work through part or all of the employee's vacation time and did not afford him the opportunity to take other vacation time off.   However, an employee may have the right to accumulate up to a maximum of two (2) years of vacation to be taken at a later date under the following circumstances.

1.   Where the Employer prevents the employee from taking another vacation during the normal vacation period.

2.   Where the employee is on leave of absence, which prevents him/her from taking vacation in a timely manner at any time during the vacation year; or

3.    The Employer specifically approves the employee's request to accumulate such vacation time.  The Employer's decision as to whether it will approve an employee's request will be based on operational/resident care needs and will not be subject to the grievance and arbitration procedure.

**18.5**    Vacation pay will be paid to the employee prior to vacation leave at the employee's regular hourly rate of pay, if so requested by the employee at least two (2) weeks in advance.

**18.6**    Employees may not request to take more than one week (1) or one-half (1/2) of their vacation entitlement (if more than one (1) week) during the period of June 15th through September 15th unless the employee needs more time off due to extensive travel obligations.  In that case, the employee may request to take up to all available earned time provided all other vacation requests in hand at the time for that summer period had already been granted.  This request can be made at any time during the year but at least thirty (30) days in advance of the time off requested.

**18.7**    It is specifically agreed and understood that there shall be no partial earning or accrual of vacation time during the employee's first year of employment.  Thereafter, an employee shall be allowed to take one-half (1/2) of the annual accrual after six (6) months in each year. There will be no borrowing vacation.  However, employees are entitled to be paid for all accrued but unused vacation pay where he/she voluntarily quits, is discharged or is laid off, provided that employees who quit or resign must give at least two (2) weeks' advance notice in order to be paid earned but unused benefits.  Breaks in service of more than thirty (30) days will suspend accrual of vacation benefits for the entire break in service.

**18.8**   Employees will receive an answer to their vacation request within two (2) weeks after the April 30th deadline for summer period vacations and within two (2) weeks of the request being made for all other vacation times.

# ARTICLE 19 -   <u>SICK LEAVE DAYS</u>

**19.1**   Full-time employees that have completed the necessary probationary period shall be entitled to "sick leave" benefits as follows:

> 1st calendar quarter (January 1st-March 31st) – two (2) days
>
> 2nd calendar quarter (April 1st-June 30th) – two (2) days
>
> 3rd calendar quarter (July 1st-September 30th) – two (2) days
>
> 4th calendar quarter (October 1st-December 31st) – three (3) days

Sick days will be available at the beginning of each calendar year quarter as scheduled above.

**19.2**   Any employee not using any part of their earned "sick leave" days will be compensated by check, no later than the last payroll before Christmas.  Once paid out, sick days are not available for the remainder of that calendar year.

**19.3**   Sick leave benefits will be computed at the employee's base rate of pay and will be paid to the employee in the payroll when utilized.

**19.4**   The Employer, in its sole discretion, may require the employee to produce a doctor's certificate as to the reasons for an absence of three (3) or more consecutive days or for a single day absence which occurs before or after a holiday or scheduled weekend off, or as to the employee's ability to return to work whenever an employee is absent, including absence affecting eligibility for holiday pay or absence contiguous with the beginning or ending of a vacation, except as otherwise provided under FMLA leave.

**19.5**    If an employee is otherwise paid for thirty seven and one half (37 ½) hours of actual work during the week and the employee is also out of work for sickness, the employee is not entitled to be paid for the sick day that week and the sick day will still be available for use at a later date, unless the employee specifically requests to be paid for the sick days.

**19.6**    Employees shall not be absolved from disciplinary action for lateness or absenteeism just because they have paid sick time available.  Employees may be disciplined for lateness/absenteeism even if they are utilizing a paid day according to the Employer's lateness/absence policies.

**19.7**    Employees who voluntarily leave employment with the facility and who provide a two-week advance notice will be paid for all earned but unused sick days at the time of the departure.  Employees discharged for cause are eligible to be paid for any earned but unused sick days.

## ARTICLE 20 -   <u>BEREAVEMENT LEAVE</u>

**20.1**    All full-time employees, after completing their probationary period, shall be entitled to paid leave as follows:

1.    In the event of a death of a spouse, domestic partner, child, parent, brother, sister or grandparent, the employee shall be entitled to three (3) days of paid leave.

2.    In the event of death of a grandchild, the employee shall be entitled to one (1) day of paid leave.

3.    If, in the event of a death of a family member referenced above, the employee feels additional time off is necessary, the Employer may grant reasonable, additional time off without pay.

**20.2**   Verification of death or of the relationship to the deceased shall be furnished by the employee before bereavement leave is paid.

**20.3**   The Employer may request proof of relationship to the deceased only in cases where there is a reasonable basis to believe that the claim is fraudulent or where the employee has previously been found to have abused and/or misused bereavement leave.

## ARTICLE 21 -   <u>JURY DUTY</u>

**21.1**   A full-time employee who has completed his/her probationary period who is called for jury duty shall be granted one (1) annual leave for a maximum of ten (10) days to fulfill such duty, wherein he/she shall be paid the difference between the employee's regular pay and the amount he/she has received as jury pay.  The employee must present the Employer with a statement for the amount received from jury duty.  An employee on jury duty is expected to report to work when he/she is not actively serving as a juror, provided he/she has been excused by the Judge or other duly authorized court official.

**21.2**   When an employee receives a subpoena for jury duty, he/she must present it to his/her supervisor immediately.  Failure to provide a copy to the Employer as soon as it is received may result in forfeiture of the jury duty stipend described in Section 21.1 above.

**21.3**   All employees will be granted additional unpaid leave for jury duty as required by law.

**21.4**   Employees who serve jury duty will be required to work only those days for which they had originally been scheduled to work in the same week, separate from their jury duty obligation.  The Employer will not schedule any new additional days in a workweek where the employee is serving jury duty (over the original schedule).  However, the Employer may offer overtime to the employee (or require it, consistent with Article 12, subject to the rules for

mandatory overtime).  In those instances, jury duty paid days shall not count as time worked for purposes of computing overtime.

## ARTICLE 22 -  UNIFORM ALLOWANCE

All employees who are required by the Employer to wear uniforms, who have completed their probationary period and who are actually working for the Employer on the payroll date each year when the Uniform Allowance is paid, shall be eligible to receive an $80.00 uniform allowance payment in the last payroll of January and July.  Such payment will be made by check separate from regular wages.

## ARTICLE 23 -   NEW JERSEY HEALTH CARE WORKERS ALLIANCE FOR QUALITY IN LONG TERM CARE.

**23.1**   Effective July 1, 2009, the Employer shall begin making a contribution to the Alliance in an amount equal to one-half percent (1/2%) of gross payroll of the employees.

**23.2**   The full amount of the above contributions shall be remitted by the Employer for all full and part-time employees on the tenth (10th) day of each current month in advance.

**23.3**   The Union and the Alliance Fund agree to indemnify and to hold the Employer harmless for any and all claims made against the Employer arising out of its participation in the Fund.

**23.4**   Calculations of gross payroll shall be based on the same formula (inclusions/exclusions) utilized to calculate Employer contributions to the Greater New York Benefit fund under Article 15 of this Agreement.

# ARTICLE 24 -   <u>UNPAID LEAVES OF ABSENCE</u>

**24.1**   Unpaid Leaves Covered Under Federal Or State Family Leave Laws.

1.  Employees shall be entitled to take unpaid leaves of absence in accordance with the terms of the Federal and New Jersey Family Leave laws.  Such leaves shall be taken and governed by the terms of those laws and any regulations thereto.

2.  In addition to the rights and limitations pertaining to such covered leaves under applicable State and Federal laws, the following specific provisions shall apply to such leaves:

    i.   Employees may utilize all earned but unused vacation days and personal days in connection with any leave of absence taken under this article and may also use all available sick days in connection with the employee's own disability leave.  After such paid time off is exhausted, the remainder of the leave shall be unpaid.  Such paid time which is taken shall be counted as part of the total twelve (12) weeks of leave provided under the law.

        a.   Employees may not be allowed to work for another Employer during a leave, except as permitted under the applicable Federal or New Jersey law.  If an employee does so, he/she may be immediately terminated by the Employer.

    ii.   Employees do not earn any seniority or fringe benefits during the term of their leave of absence, except while they are on paid leave time under subparagraph "I" and shall receive only those benefits during such leave which are required under the Federal/New Jersey Family Leave law or this article and life insurance for up to thirty (30) days.

    iii.   Employees may take up to twelve (12) weeks of leave in any 12 month period for qualifying events under Federal law.  The 12-month period shall be defined as a rolling 12-month period measured backward from the date an employee uses any FMLA leave.  (Twenty-four month period for leave provided solely under New Jersey Family Leave law.)

iv.    The Employer may require medical certification of the employee's own or a covered relative's serious health condition in compliance with regulatory standards.  Further the Employer may require "re-certification" of such medical conditions, but not more frequently than every thirty (30) days.

v.     The Employer may establish requirements that the employee periodically report on his/her condition, or the covered relative's condition and his/her intention to return to work.

vi.    The Employer may transfer an employee taking intermittent or reduced leave to any other bargaining unit position or work shift which better accommodates the recurring leave, provided the employee still receives equal pay and benefits.

vii.   Where an employee is eligible to continue to receive health care insurance coverage during a covered leave and the employee was already making contributions to that coverage, the employee shall be required to continue to make such contributions.  The employee must pay the Employer in cash or check and deliver such payment to the Bookkeeping Office during its normal business hours by the 1st of each month.  Failure to make such payment shall subject the employee to having such health insurance coverage suspended in accordance with the provisions of the Federal law.  Where an employee is on a covered leave under the New Jersey Leave law only, such health insurance benefits shall not continue.  However, the employee may opt to continue coverage at his/her own cost in accordance with Federal COBRA law.  Such health insurance coverage shall be subject to any changes mandated by this Agreement, which become effective during the period of leave.

viii.  The Employer may require an employee who is on leave for his/her own disability to provide a Fitness For Duty Certificate prior to his/her returning to work in accordance with Family leave law regulations.

ix.    Employees requesting an intermittent or reduced leave schedule must consult with the Employer in an effort to work out an agreeable schedule for absence, consistent with

the employee's work obligation and the needs of the Employer.

x. Employees requesting leave must comply with the minimum notice requirements and procedures specified under the law or the Employer's guidelines, which are consistent with the law.

xi. This article shall specifically apply to workers' compensation injuries as a disability to the employee, as covered under the law. Such leaves for injuries not covered under the law shall be subject to the provisions set out above.

xii. The Employer may request repayment of all the health insurance costs it incurred during an employee's covered leave, if the employee fails to return to work at the end of the leave. However, such repayment must be in compliance with applicable Federal law.

It is specifically recognized that the Federal and New Jersey Family Leave laws are not co-extensive, and nothing in this Article shall be interpreted as granting any right, privilege or benefit not provided under the specific State or Federal law.

xiii. Employees may utilize Intermittent or Reduced Leave only for their own serious health condition or the serious health condition of a covered relation, provided:

1. It is medically necessary;
2. The employee gives reasonable notice of the need for such leave; and
3. The employee makes reasonable efforts to schedule the leave in a manner that does not unduly disrupt the Employer's operation.

xiv. Reduced or Intermittent leave for other reasons, under the State or Federal Family Leave law, is only available with the consent of the Employer. Such leave, if granted, for the serious health condition of a parent-in-law, must be completed within twenty-four (24) weeks.

**24.2** The Employer shall have the right to promulgate, distribute to employees, periodically modify and enforce Family Leave Guidelines, which it may use for administration of Family/Medical Leaves of Absence, provided such guidelines are consistent with applicable

law and the provisions of this Agreement.  The Employer shall provide a copy of the <u>Guidelines,</u>

and any subsequent modifications thereto, to the Union and will discuss such <u>Guidelines</u> with the

Union upon its request.

**24.3** <u>Unpaid Leaves Not Covered Under Federal or State Family Leave Laws.</u>

1. A leave of absence without pay for up to six (6) months may be granted to any employee, after he/she has completed one (1) year of continuous employment.  It shall be within the sole discretion of the Employer as to whether or not to grant such request, however, such approval shall not be unreasonably withheld.  Such decision shall not be subject to the grievance and arbitration provisions of this Agreement.  This leave is specifically not available during the period of December 1st through January 15th except in case of emergency, where it may be granted consistent with resident care needs.

2. An employee requesting such leave must make such request in writing at least thirty (30) days in advance, except in an emergency.  The employee must state in his/her request the dates of the leave and the reasons for such leave.  The request must contain the signature of the employee.

3. The employee shall notify the Employer seven (7) days prior to the end of the leave, that he/she will be ready to return to work at the end of the leave.  An employee may request to return to work earlier than the end of the leave, by placing such request in writing to the Employer.  The employer reserves the right to require the employee to return to work on the date originally granted.

4. A leave of absence under this section will not be granted in order to allow an employee to work for another Employer.  If a leave is granted for other reasons and the employee works for another Employer during his/her leave, he/she may be immediately disciplined and/or terminated by the Employer.  Such termination shall be subject to the grievance and arbitration provisions of the Agreement solely to the extent of whether the employee was actually working at another job. In the event that the matter goes to arbitration, the authority of the Arbitrator is limited solely to the question of outside employment during the employee's leave of absence.  If the Arbitrator finds that the employee did work at another job, for whatever length of time, during his/her leave, he/she must uphold the termination or other discipline imposed by the Employer.

5.  Employees returning from a leave of absence under this section, which is for disability reasons, will be required to provide a physician's statement certifying that he/she is physically able and ready to return to work and is capable of performing the essential duties of his/her position.

6.  Failure to give the required notices or return to work at the end of a leave of absence will be deemed a voluntary termination of employment.

7.  An employee on authorized leave shall be entitled to the life and health insurance benefits during the period of his/her leave up to a maximum of thirty (30) days.  All other benefits such as holiday, sick days and vacation days will not be available during the period of the leave. Seniority and other benefits will not be earned during the period of leave.

8.  If the employee has already taken and exhausted Family leave for the same reason as which he/she is requesting this unpaid leave, said employee shall not be eligible for this leave.

**24.4**   <u>Military Leave</u>.  The Employee will provide an unpaid leave of absence for military leave in compliance with applicable state and federal law.

## ARTICLE 25 -   <u>LEAVE FOR STUDY</u>

An employee who wishes to undertake schooling to qualify for a higher classification of work shall be granted an unpaid leave of absence for up to one (1) year.  The employee may request a second year to complete such schooling.  Upon proof of satisfactory completion thereof, the Employer shall grant such employee preferential hiring rights in the bargaining unit classification in which such employee is then qualified.  The employee will retain all seniority earned prior to his/her leave beginning and will have such seniority restored upon return to work.  The employee shall not continue to earn seniority while on leave.  The employee will be reinstated to the same position and, if available, the same shift, and will be given first choice if a position on his/her former shift becomes available.

## ARTICLE 26 -   LEAVE OF ABSENCE FOR UNION BUSINESS

Employees may be granted an unpaid leave of absence in order to perform Union business/work.   The Union/employee will give at least thirty (30) days notice before the requested date for the leave of absence is to begin.  Leaves may not extend beyond one (1) year. Only one (1) employee is eligible for such leave in any three (3) year period.  When an employee returns from such leave, he/she will be reinstated to the same position and, if available, the same shift, and will be given first choice if a position on his/her former shift becomes available.  There must be at least one (1) month before another leave can be requested.  An employee's seniority is frozen during said leave (i.e. he/she does not earn new seniority during the leave, but when he/she returns to work, his/her prior seniority shall be reinstated.)

## ARTICLE 27 -   SENIORITY

**27.1**   Seniority is defined as the length of time an employee has been continuously employed in a bargaining unit position at the Home.

**27.2**   An employee's seniority shall commence after the successful completion of his/her probationary period and shall be retroactive to his/her last date of hire in a bargaining unit position.

**27.3**   Seniority already earned prior to an authorized leave of absence will not be lost and will be restored to the employee upon his/her return to work provided such return is consistent with paragraph 27.4 below.  An employee will not continue to earn seniority during such leave unless an employee is being paid directly by the Employer for such leave, i.e., vacation, bereavement, jury duty, sick leave, etc.  Employees receiving temporary disability or workers' compensation benefits are not automatically considered to be on a leave just because

they are receiving those benefits and are not eligible to earn additional seniority beyond one (1) month from the beginning of their absence.  However, the employee must be on a leave of absence recognized under this Agreement to be eligible to earn the one (1) month seniority.

   **27.4**   Loss of Seniority.  An employee's seniority shall be lost in the event of his/her:

1.  voluntary resignation or termination other than for cause;

2.  discharge for just cause;

3.  failure to return to work upon expiration of an approved leave of absence or an approved extension of a leave of absence;

4.  layoff in excess of twelve (12) months;

5.  promotion or transfer to a position outside of the bargaining unit;

6.  failure to return for reemployment within the statutory period after separation from military service;

7.  absence from work without notifying the Employer within eight (8) hours following the end of his/her scheduled shift, except for mitigating circumstances acceptable to the Employer which made timely notification impossible;

8.  failure to accept a recall to work within three (3) days of the mailing by the Home of a certified letter, overnight mail package or telegram sent to the last address provided to the Home by the employee and/or failure to actually return to work within ten (10) days from the sending of such letter by the Employer.

## ARTICLE 28 -   <u>LAYOFF AND RECALL</u>

**28.1**   Recognizing that the Employer has the right to establish the number of employees working on each shift in each classification and in each department, the Employer also has the right to modify those numbers and in so doing may lay off employees by classification and/or by shift.   Seniority shall prevail in the case of lay off of employees. However, if the Employer believes that to lay off the least senior employee would interfere with its operation/providing care to residents and can so demonstrate, then the Employer may lay off the next less senior employee which would not create the interference with its operation.   The Employer must provide the Union with its reason for doing so at the time of layoff.

**28.2**   In the event employees are scheduled to be laid off and there exists a vacant position in another classification or shift which the Employer determines the laid off employees to be qualified to perform, then the most senior, qualified employee shall be offered the opportunity to fill the position.   The employee will be paid their previous rate of pay or the applicable minimum rate for the new position, whichever is less.

**28.3**   In the event employees are scheduled to be laid off by shift, and there are no vacancies or **on** other shifts in that classification, then laid off employees in order of seniority and in accordance with Section 28.1 above may bump the least senior employee in the same classification on another shift.   Employees who are bumped may not bump any other employees.

**28.4**   If a part-time employee who is in the bargaining unit has greater seniority and he/she is equally qualified to perform with a less senior full-time employee in the same position who is to be laid off, the part-time employee must be willing to accept the full-time employment.   If not, the less senior, equally qualified full time employee may be retained.   Part time employees earn seniority on a pro rata basis based on hours worked/length of service.

**28.5**   Recall.  Whenever a vacancy occurs in a bargaining unit position within twelve (12) months from the date of layoff, the Employer will recall qualified employees to fill the position in reverse order in which they were laid off.  All recall determinations are subject to the Employer's rights referenced in Section 28.1 above.

**28.6**   Notice of Layoff.  The Employer, where possible, will give the Union and employees a one (1) week advance notice of layoff.  However, the parties recognize that there may be circumstances under which the Employer may not be able to give such notice, and in those cases, the notice shall be given in advance as much as is reasonably possible under the circumstances.

**28.7**   No bargaining unit employee shall be laid off while any temporary or other non-bargaining unit employees are employed in the same classification.

## ARTICLE 29 -   VACANCIES AND JOB POSTINGS

**29.1**   Where a vacancy occurs in a bargaining unit position, the Employer will post notice of said vacancy where notices to employees are normally posted.  Any employee with a satisfactory work/discipline record, who has at least one (1) year of service in his/her present position, may request, in writing, to transfer to fill such vacancy, provided that the Employee has the ability with orientation to the new job to perform the duties of such position and that such transfer would not unreasonably reduce the operational efficiency of any department.

1. Where two (2) or more employees request such transfer in writing before such vacancy is otherwise filled, the Employer will transfer the employee with the greatest bargaining unit seniority, unless as among such employees there is an appreciable difference in their ability to do the job.  The Employer reserves the right to hire from outside the Unit where no qualified employee timely files for such transfer, or to do so is in the best interest of the operational efficiency of the department.

2. An employee who is transferred shall serve the same probationary period on the new job as would a new hire from outside the Unit. If the transferee is removed from the new job during the probationary period, he/she shall be returned to his/her former job. Reinstatement of the transferee will be without loss of seniority, pay or benefits he/she had previously been receiving in that job.

3. At any time during the probationary period the transferee may request to return to his/her former job in which case the return provisions of paragraph 2 above will apply. However, where operational efficiency of the department would be affected by the employee's leaving his/her position, the Employer may delay such return to the former position for a reasonable time until alternate arrangements can be made.

4. As for an employee who transfers under this Article and is terminated during his/her "new" probationary period, such termination will be subject to the grievance/arbitration provisions of this Agreement.

**29.2**    No temporary or non-bargaining unit employee will be offered a regular full time bargaining unit position before all qualified part time employees have been given the opportunity to apply for the same position.

**29.3**    At the time a vacancy occurs, if there are bargaining unit employees on layoff, who would be qualified to perform in the vacancy, then such employees will be notified in writing so that they could apply, if interested, in accordance with the above procedures.

**29.4**    As to any non CNA bargaining unit employee who becomes qualified to be a CNA and is hired into a CNA position, such employee upon hire will receive a  $.50 per hour wage increase.


# ARTICLE 30 - <u>**DISCIPLINE AND DISCHARGE**</u>

**30.1**    Disciplinary action shall be progressive in nature and in accordance with the following steps:

Verbal warning

Written warning

Suspension (either disciplinary or investigatory in nature)

Discharge

The Employer, however, may advance the level of discipline it administers to any one of the steps set out above, up to and including immediate discharge, as it determines appropriate for the conduct involved.  The Union may grieve the disciplinary action or that the level of discipline selected is not appropriate through the regular grievance procedure established in this Agreement, commencing at Step 2 of the grievance procedure.

**30.2**    Disciplinary action may be imposed upon an employee for just cause.

**30.3**    If the Employer reprimands an employee, it shall be done in a manner that will not embarrass an employee before other employees or the public.  During a disciplinary conference, a Delegate may be in attendance (if available and requested by the employee).  The employee will be notified of his/her right to have a Delegate present.

**30.4**    The Employer will notify the Union of any discharge.  If the Union desires to contest a discharge, it shall give written notice thereof to the Employer no later than twenty (20) calendar days from the date of the notice of discharge.  The action of the Employer shall remain effective during the pendency of the procedure.

**30.5**    The failure to discipline or discharge in any particular instance shall not be deemed to be a waiver of the Employer's right with respect to future or other instances involving the same or other employees.

# ARTICLE 31 -   <u>GRIEVANCE AND ARBITRATION PROCEDURE</u>

**31.1**   Any complaint or dispute concerning the interpretation, application or any alleged breach of any provision of this Agreement shall be resolved as follows:

1.  <u>Informal Settlement</u> or resolution of any complaint or dispute is encouraged, and the existence of the formal grievance/arbitration procedure does not preclude employees and supervisors from engaging in discussion and resolving issues without resort to the formal grievance procedure.

2.  At the initial stage of the grievance/arbitration procedure, once it appears that the individuals involved may not be able to resolve the issue under No. 1 above, the employee(s) shall be notified of his/her right to union representation.  If the employee desires union representation, a reasonable amount of time shall be granted to the union to provide representation.

3.  Step One:

    (a) If the grievance is not resolved at the informal conference or the informal conference is not used, then such grievance shall be reduced to writing by the Union Delegate and served upon the appropriate Department Head.  However, such grievance must be filed with or received by the proper Employer representative within thirty (30) calendar days from the date of the incident or occurrence which gave rise to the grievance.  (If the Supervisor in the informal step is also the Department

49

Head, then the procedure shall move automatically to Step Two if the informal conference was actually utilized.)   Where a written grievance has been served, the Department Head shall, within ten (10) calendar days, schedule and hold a conference to discuss the grievance with a Union official, Union Delegate, the Employee and the Department Head.  If the grievance is not resolved at that conference, the Department Head shall give a written answer to the Union no later than ten (10) calendar days following the conference date.

(b) If the Union can show that neither the Union, an employee involved, nor a Union Delegate in the facility had actual knowledge and could not have reasonably known of the incident or occurrence, then the Union will have thirty (30) calendar days from the date that the Union, employee or Union Delegate actually knew or should have reasonably known of the incident or occurrence to file a grievance.

(c) If only the employee had knowledge, or should have had knowledge of the incident or occurrence which gave rise to the grievance and he/she did not communicate that knowledge to the Union or Delegate, then the Union cannot raise the grievance as to that incident unless timely filed; however, that shall not prevent the Union from raising that same issue if it occurs again with that employee or another employee provided

a grievance over that incident or occurrence is filed within the time limits provided in this Article.

4. Step Two.

In the event the grievance is not satisfactorily settled at Step One, the grievance may be submitted to the Administrator or his designee in writing within ten (10) calendar days from the date of the written answer at the end of Step One or the date it was due. The Administrator (or his designee), within ten (10) calendar days from receipt of the written grievance, shall schedule and hold a conference with the Union representative(s) and the employee(s). The Administrator/designee shall provide the Union with a written answer within ten (10) calendar days from the date of their conference.

A grievance, which concerns the discharge of an employee or affects a substantial number of, or an entire class of, employees may be submitted initially to the Administrator (or his designee) at Step Two of the grievance procedure within the time limits above prescribed for these grievances.

**31.2**   Step Three:  ARBITRATION

1. In the event the grievance is not satisfactorily settled at Step Two of the grievance procedure, or if management has failed to respond to Step Two of the grievance procedure, then the Union may submit the grievance to the New Jersey State Board of Mediation

51

for arbitration pursuant to its rules within thirty (30) calendar days from the date of the written answer at Step Two or the date it was due.

2. The Arbitrator has no authority or power to add to, delete from, disregard or alter any of the written terms of the Agreement. The Arbitrator's power and authority shall be limited to the construction and interpretation of this Agreement as applied to the subject of the particular grievance. No more than one arbitration may be heard by a single arbitrator in a day, unless specifically agreed to by the parties; and no more than one grievance shall be submitted in any one arbitration except by mutual agreement of the Union and the Employer. The Arbitrator shall have such authority as is provided under the provisions of this Agreement, under the rules of the New Jersey State Board of Mediation and under applicable laws.

3. The award of the Arbitrator shall be final and binding on the Employer, Union and the employee(s) subject to State and Federal law.

4. The fees and expenses of the Arbitrator shall be borne equally by the Employer and the Union. The expenses incidental to each party's witnesses and the preparation of their case shall be borne by the individual party.

5. Employees called as witnesses by the Employer shall be paid their normal rate of pay for time spent in the arbitration up to a maximum of eight (8) hours per day.  Employees called as witnesses by the Union may utilize any paid time available (i.e., personal days, holidays, vacation days) for that day of absence from work.  As much reasonable notice as possible of such absence must be given to the Employer.

6. The time periods and limits provided herein include Saturdays, Sundays and contractual holidays and shall, where applicable, be calculated as of the date correspondence is delivered, e.g., the facsimile confirmation date, date actually received if delivered by Certified Mail/Return Receipt Requested, Federal Express delivery date, or hand delivery date with a signed receipt.  Such time periods may be extended by mutual agreement of the Employer and the Union.

7. The failure of the aggrieved employee(s) or Union to file a grievance initially, to process a grievance in any of the steps in the grievance procedure thereafter, and/or to file a grievance for arbitration in accordance with the express time limits provided herein shall automatically constitute a waiver of the grievance and bar all further actions thereon.

8. The failure of the Employer to so respond or meet with the foregoing time limits shall automatically move the grievance to the next step in the grievance procedure.

9. It is agreed that the maintenance of a peaceful, constructive relationship between the Union, the Employer and its employees requires the establishment of cooperative use of the grievance and arbitration machinery for the settlement of all grievances and disputes, and that it would detract from this relationship if individual employees or groups of employees would, on their own initiative or responsibility, seek the interpretation or enforcement of this Agreement through the Grievance and Arbitration Provision set forth herein.  Therefore, no individual employee or group of employees may initiate an arbitration proceeding.  This Agreement does not create in any employee or groups of employees covered thereby, any rights or remedies which they or any of them may enforce either at law or in equity or otherwise.  It is understood and agreed that all of the rights and privileges created or implied from this Agreement shall be enforceable only by the Union and the Employer, and only in the manner established by this Agreement or by law.  Employees are not entitled to be represented by independent counsel at any arbitration hearing, unless the presence of such counsel is agreed to by both the Union and the Employer.  Such counsel is considered an observer only and is not entitled to

participate in the hearing. Grievants may not have family members attend an arbitration hearing, unless such family member is subpoenaed to testify.

10. In cases of discharge or unpaid suspension, an arbitrator must consider all earnings made, or income received, by an employee during his period of non-work with the facility and the employee's duty to mitigate damages, in making any back pay award.

## ARTICLE 32 – <u>MANAGEMENT RIGHTS</u>

**32.1**    Management of the facility and the direction of the working forces rest exclusively with the Employer. Except as specifically limited by the terms of this Agreement, the Employer retains the sole right to manage the facility and to make any decisions affecting its operations, whether or not specifically mentioned in this Article and whether or not heretofore exercised including, but not limited to, determining the work force staffing numbers for each department and shift; to hire, to discipline, discharge, lay off or promote; to determine the number of hours to be worked and the number and times of shifts to be worked; to promulgate, communicate, interpret and enforce work rules, policies and regulations; to assign or transfer employees to other departments or shifts as operations may require; to introduce new or improved facilities; to purchase, transfer or sell equipment as determined by the facility; to carry out the ordinary and customary functions of management; and to create, promulgate, enforce and from time to time modify as it deems appropriate, an Employee Handbook provided it is not inconsistent with the terms of this Agreement. Management agrees not to exercise these rights in an arbitrary and capricious manner.

**32.2**    The foregoing statement of the rights of management and of the Employer's functions are not all inclusive, but indicate the type of matters or rights which belong to and are inherent in management, and shall not be construed in any way to exclude other management functions not specifically enumerated.  Any of the rights, power or authority the Employer had prior to the initial agreement between the parties are retained by the Employer and may be exercised without prior notice and consultation with the Union, except those specifically modified by this agreement.  Failure to exercise any of the functions, whether or not expressly stated herein, shall not constitute a waiver thereof.

## ARTICLE 33 -    <u>NO STRIKE OR LOCKOUT</u>

**33.1**    During the life of this Agreement or any written extension thereof, the Union, on behalf of its officers, agents, and members, agrees that it will not cause, sanction or take part in any strike, slowdown, walkout, sit-down, picketing during working time, stoppage of work, retarding of work or boycott, whether they be of a primary or secondary nature, or any other similar activities.  The Employer agrees that there shall be no lockout during the life of this Agreement.

**33.2**    The term "strike" shall include a failure to report for work because of a primary or secondary picket line at the Employer's premises, whether established by this or any other union.

**33.3**    Any alleged violation of this Article shall be deemed to be an arbitrable dispute.  Any claim, action or suit for damages by the Employer resulting from the Union's violation of paragraph 33.4 of this Article may also be subject to court litigation.  The Employer shall be entitled to seek an injunction, pending the decision of the arbitrator, for any alleged violation of this Article.

**33.4**    In addition to the above, should any strike, slowdown, walkout, sit-down, picketing during working time, stoppage of work, retarding of work or boycott, whether it be of a primary or secondary nature, or any other similar activities occur, the Union, within twenty-four (24) hours of a request by the Employer, shall do everything in its power to prevent its members, officers, representatives and employees, either individually or collectively, from engaging in the type of activities described above.  It shall advise the Employer in writing that such action by the employees had not been called or sanctioned by the Union and the steps, which the Union has taken to bring such unlawful activities to an end.

**33.5**    The Employer agrees that if the Union actually takes the action required under Section 33.4 above in a manner reasonably calculated to avoid or bring to an end the prohibited activity, and the union or it representatives/agents did not otherwise engage in activity which incited employees to engage in such prohibited activity, then the Employer shall not bring a suit for damages or otherwise seek liability against the Union for activities covered under this Article.

# ARTICLE 34  -   <u>CONTRACTING OUT</u>

The Employer shall not subcontract out any of the bargaining unit work covered by this agreement without the prior written consent of the Union.   Such consent shall not unreasonably be withheld.  If the Union grants permission, any contract or Agreement between the Employer and a contractor shall, with respect to the affected employees, comply with all terms and conditions of this Agreement and the Employer guarantees the performance thereof by the contractor.

## ARTICLE 35 -   <u>SUCCESSORS AND ASSIGNS/PARTIES</u>

**35.1**   This Agreement shall be binding upon the parties hereto, their successors and assigns.  If the Employer shall sell, transfer or otherwise dispose in whole or in part its business, merge or consolidate it with that of any other person, firm or corporation, the agreement by which such sale, transfer, assignment, subletting, disposition, merger or consolidation is made must provide that the person, firm or corporation thereafter to operate the business shall assume all of the terms and conditions of this Agreement, and that the person, firm or corporation that thereafter operates the business shall be responsible for all unpaid wages, fund payments, vacations, holidays, sick leave and all other monetary terms which are owed.

**35.2**   The Employer shall give prior notice of the existence of this Agreement to any purchaser, transferee, lessee, assignee, etc. of the operation covered by this Agreement or any part thereof.  Such notice shall be in writing, and a copy served upon the Union at the time the seller, transferor or lessor executes a firm contract or transaction as herein described.  The Union shall be advised of the nature of the transaction excluding financial details.  In the event that the Employer fails to fulfill its obligations under this Article, the Employer shall be liable to the Union and to the employees covered, for all damages sustained as a result of such failure.

## ARTICLE 36 – LABOR/MANAGEMENT COMMITTEE

**36.1**   There shall be joint Labor-Management and Staffing Committees, each of which shall consist of a maximum of five (5) representatives from the Employer and five (5) representatives from the Union.  The Committee shall meet no less than monthly.  The parties will prepare and exchange agendas, including the names of their respective participants, one (1)

week prior to the meeting.  If necessary, either party may bring up to two (2) additional representatives when the subject matter so requires, but the parties understand and agree this should only occur in unusual situations when additional person(s) cannot be substituted for one or two of the regular Committee members.

  **36.2** The format of the Committees shall be informal and will be used to discuss and attempt to resolve misunderstandings, consider productive suggestions, foster Labor-Management harmony, and review staffing/scheduling matters.  The Committee shall have no authority to change or alter contract language, but shall address probable or real workplace changes.  Neither party shall forfeit any contractual ability to move to any other legal means of resolution.  No issue that has been previously resolved through arbitration and/or other means shall be brought before the Committee.  No issues discussed by the Committee shall be considered anything other than a constructive means of continuing harmony and avoiding contractual disputes.

  **36.3** Employees shall be paid for all time lost from their work schedule for attendance at these meetings and, for scheduling and replacement purposes, shall inform their Supervisor of the meetings they will be attending no less than five (5) work days in advance. The Supervisor shall schedule replacements accordingly.

## ARTICLE 37 – <u>1199 SEIU GREATER NEW YORK EDUCATION FUND/NEW JERSEY DIVISION</u>

  **37.1** The parties shall continue planning for training and adequate health personnel for Employers covered by this /Agreement through the 1199 SEIU Greater New York Education Fund/New Jersey Division.

    **37.2**    Effective June 1, 2011 the Employer shall begin making contributions to the Fund in an amount equal to one-quarter percent (¼%) of the gross payroll (as defined and as in practice in the Greater New York Benefit Fund) of the Employees for the preceding month exclusive of amounts earned by the Employees during the first two (2) months following the beginning of their employment.

## ARTICLE 38 – <u>POLYGRAPH TEST</u>

    The Employer shall not require, request nor suggest that an employee or applicant for employment take a polygraph or any other form of lie detector test, consistent with federal and state law. Any polygraph statement obtained on behalf of the Employer may not be used in any proceedings involving any employee with the bargaining unit, except in proceedings where the health and safety of the patients are or may be concerned.

## ARTICLE 39 – <u>INCLEMENT WEATHER</u>

    Where an employee takes all proper and necessary measures to report to work on a day where there is severe inclement weather, such as a heavy snowfall, flooding, etc., such employee shall be given a "leeway" of up to one (1) hour to arrive at the Home, provided the employee had notified the Home before his/her normal working time that he/she was on his/her way to work. If the employee reports to work within this one (1) hour leeway, then he/she shall be paid from the start of his/her regularly scheduled shift. It shall be within the discretion of the Employer, or based on determination by government authority, to determine whether a severe emergency exists, and whether the employee has taken reasonable measures to report on time or whether an employee is abusing this leeway period.

## ARTICLE 40 – <u>NEGOTIATIONS</u>

The Union negotiating committee, not to exceed five (5) employees, will be paid by the Employer at straight time for not more than five (5) negotiation sessions in subsequent years.  Where negotiations for a new Collective Bargaining Agreement are held, employees will be paid a maximum of seven and one half (7 ½) hours for any session.  The Union agrees it will not select a bargaining committee where membership would come predominantly from one classification/shift, which would limit the Employer's ability to provide resident care.

## ARTICLE 41 – <u>SCOPE OF AGREEMENT</u>

**41.1**    The Union and the Employer acknowledge that during negotiations which resulted in this Agreement, each party had the unlimited right and opportunity to make demands and proposals with respect to all subjects or matters not removed by law from the area of collective bargaining.  The Union and the Employer have negotiated in good faith with respect to these subjects and the understanding and agreements arrived at by and between the parties after the exercise of that right, are set forth in this agreement.

**41.2**    This Agreement is in lieu of all other Agreements, understandings or promises made with respect to wages, hours, rates of pay or other terms or conditions of employment, either oral or written, heretofore or now existing, and the Employer shall not be bound by anything not expressed in writing herein and may at any time discontinue any past practice not set forth in writing in this Agreement.  No provision in this Agreement shall be modified, amended or altered except by an instrument in writing, executed by the parties hereto.

**41.3**    Unless specifically stated in the Agreement, nothing contained herein shall deprive the Employer of the services heretofore performed by any member of the bargaining unit.

**41.4**    The parties agree to continue the Employer's policy/practice of docking late employees pay only after he/she is more than six (6) minutes late, in which case the employee will be docked for a quarter hour.  An employee who is six (6) minutes late or less will not have his/her pay docked.  Regardless of whether an employee's pay is docked or not, the employee may nevertheless be disciplined for lateness, consistent with the Employer's lateness policy.  Any disciplinary actions taken by the Employer under its lateness policy will be consistent, given the circumstances of the particular situation.

## ARTICLE 42 – <u>SAVINGS CLAUSE</u>

In the event that any provision of this Agreement is declared by any court of competent jurisdiction, any administrative agency having jurisdiction, or by the passage of legislation to be illegal, void and/or invalid, such determination/legislation shall apply only to that portion at issue and all other terms, conditions and provisions of this Agreement shall remain in full force and effect and shall continue to bind the parties.  Any substitution for the invalidated portion, which is mutually agreed upon between the parties, shall be reduced to writing and shall thereupon become a part of this Agreement.

## ARTICLE 43 – <u>DURATION</u>

**43.1**    This Agreement shall become effective on April 18, 2008 and shall remain effective through midnight June 15, 2011.  This Agreement shall be renewed automatically for successive periods of one (1) year thereafter, unless written notice of termination or written notice of a desire to negotiate changes in the provisions of this Agreement is given by certified mail, by either party, at least sixty (60) days prior to the expiration date of the Agreement or any subsequent annual renewal period.

**43.2**    The Union, consistent with the provisions contained in the No Strike Article contained in this Agreement, upon proper notice of intent to bargain being given as required above, and upon proper notice to strike, to picket and/or to take other job action being given as required under Section 8(d) and (g) of the National Labor Relations Act may engage in such simultaneous action, provided:

1.  With respect to a strike against the Employer, the Union actually engages in a simultaneous statewide strike against no less than thirty five (35) nursing homes, which strike against each nursing home shall run concurrently with the Union's strike against the Employer; and provided further that in the event that one or more of the at least thirty five (35) nursing homes against whom a strike notice was issued, reaches agreement with the Union and renews its contract for a multi-year period, the number of nursing homes, as herein stated above, will be reduced in number by such acceding facility, but in no event reduced to a number below twenty five (25); and

2.  With respect to picketing or other activity unaccompanied by a strike against the Employer, such picketing does not result in employees failing or refusing to report for work as scheduled or in other interference with Employer's operations.

**43.4**    In the event the Union determines to strike or picket at the Employer, it will provide to the employer, when it delivers its Section 8(g) notice required under the National Labor Relations Act, a list of the New Jersey nursing homes which have also been issued such

Section 8(g) notices in connection with the strike or picketing and a list of the nursing homes which have settled and entered into multi-year agreements as described above.  The Union shall in so doing, satisfy the Employer that the numbers set out in subparagraph (1) above have been met.

**43.5**    If as a result of the Union's political activity the Medicaid reimbursement system is modified such that additional Medicaid funds become available above the amount which would otherwise have been available, then the parties agree to enter into discussions in an effort to mutually agree upon the terms of a new wage package for the remainder of the main Collective Bargaining Agreement, to be effective upon the effective date of such increased funding.

IN WITNESS WHEREOF, the parties hereto have hereunto set their signatures this ___ day of _Feb_, 2009.

FOREST HILL HEALTHCARE CENTER

SEIU HEALTHCARE 1199,
NEW JERSEY

By: _____

By: _____

_Patricia Matthews_

_Lourdes charles Pierre_

_Carmon Montano_

35250 CBA - 2008 (Final)